613 A.2d 541

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Robert L. BOYLES, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 8, 1992.

Decided June 17, 1992.

Michael J. Krout, York, for appellant.

William H. Graff, Jr., Deputy Prosecutor, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM.

For the reasons stated in the opinion filed in *Commonwealth v. Corporan*, —— Pa. ——, 613 A.2d 530 (1992), we affirm.

ZAPPALA, J., concurs in the result.

CAPPY, J., notes his dissent.